# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **MARK GOLDSTEIN ET AL** | **CIVIL ACTION NO. 23-cv-899** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARK WOOD ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 22] previously filed herein, after a thoroughly review of the record, noting the lack of s written objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiffs Mark Goldstein ("Goldstein") and Lester Larkai ("Larkai") state a viable Section 1983 claim against Defendant Rapides Parish Police Jury ("RPPJ") under *Monell*, RPPJ's Motions to Dismiss [Doc. Nos. 8 and 20] **ARE DENIED IN PART**. Because Goldstein's *Monell* claim is the sole claim against RPPJ, RPPJ's Motions to Dismiss [Doc. Nos. 8 and 20] are **GRANTED IN PART** to the extent they seek dismissal of any claims by Plaintiff Larkai against RPPJ.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 25th day of March 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE